UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| FRANCES H. PISTEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:17-CV-8-TAV-MCLC |
| | ) | |
| LAKE DEVELOPERS PARTNERSHIP, | ) | |
| LAKE DEVELOPERS II, LLC, and | ) | |
| DAYTONA CONSTRUCTION | ) | |
| COMPANY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Based on the conclusions of law stated in the accompanying memorandum opinion, the Court **HOLDS** in favor of plaintiff as a matter of law. Per the parties' agreement, the purchase contract is **RESCINDED**. Title **RETURNS** to defendants, which are **LIABLE** to plaintiff for the following amounts:

- The purchase price of $143,685.00;
- Property taxes of $10,167.19;
- Homeowners-association fees of $7,261.00;
- Maintenance costs of $1,300.00;
- Interest of $90,371.00 paid on the home-equity loan;
- Closing costs of $839.69; and
- Prejudgment interest on these amounts as appropriate.

The Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

                                            s/ Thomas A. Varlan
                                            CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ John L. Medearis
    CLERK OF COURT